IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIFFANY RENEE LLOYD,

    Plaintiff,

  v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

No. C 16-00250 WHA

**ORDER REQUIRING RESPONSES RE SEALABLE MATERIAL**

The Court's order denying plaintiff's motion for summary judgment and granting the Acting Commissioner's cross-motion for summary judgment shall be kept under seal through **MARCH 27**. By **NOON** on that date, both sides shall please submit a response specifying which precise lines of the order, if any, deserve to remain under seal under the standards set forth in *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

**IT IS SO ORDERED.**

Dated: March 20, 2017.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE